# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DENZEL SAMONTA RIVERS,

        Plaintiff,

v.

JODI BARRETTE,

        Defendant.

Case No. 21-CV-763-JPS

**ORDER**

On January 21, 2022, Plaintiff filed a motion to withdraw his earlier-filed motion for a preliminary injunction. (Docket #18, #24). The Court will grant this motion and deny Plaintiff's motion for a preliminary injunction as moot.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion to withdraw (Docket #24) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that Plaintiff's motion for a preliminary injunction (Docket #18) be and the same is hereby **DENIED as moot**.

Dated at Milwaukee, Wisconsin, this 25th day of January, 2022.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge